In the Matter of the Application of WAREHOUSEMEN'S ASSOCIATION OF THE PORT OF NEW YORK, INC., Appellant, *v.* MICHAEL COSGROVE, as Commissioner of Docks of the City of New York, Respondent.

(Submitted January 11, 1926; decided January 19, 1926.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 580.)

---

HAMILTON F. KEAN et al., Copartners under the Firm Name of KEAN, TAYLOR & COMPANY, Respondents, *v.* NATIONAL SURETY COMPANY, Appellant.

(Submitted January 11, 1926; decided January 19, 1926.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 252.)

---

OSCAR L. RICHARD et al., Copartners, Trading as C. B. RICHARD & COMPANY, Appellants, *v.* AMERICAN UNION BANK, Respondent.

(Submitted January 11, 1926; decided January 19, 1926.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 163.)